IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GINO CHAVEZ,<br><br>              Petitioner,<br><br>      vs.<br><br>SULLIVAN,<br><br>              Respondent. | No. 2:18-cv-00952-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 25] |

       At Docket No. 25, Vincent Gino Chavez, a state prisoner proceeding *pro se*, filed a letter dated March 12, 2019, requesting an extension of time to file a notice of appeal. This Court denied Chavez habeas relief but granted a partial certificate of appealability ("COA") on February 15, 2019. Docket Nos. 23, 24. A notice of appeal, which is the first step required for appealing from this Court's denial of his habeas petition, must be filed within 30 days after entry of the judgment. *See* FED. R. APP. P. 4(a)(1)(A). The notice must include "the party or parties taking the appeal by naming each one in the caption or body of the notice," "the judgment, order, or part thereof being appealed," and "the court to which the appeal is taken." FED. R. APP. P. 3(c)(1). Chavez's submission at Docket No. 25 contains the information required under Rule 3(c)(1) and was timely filed under Rule 4(a)(1)(A). The Court will therefore construe the filing as a timely-filed notice of appeal.

**IT IS THEREFORE ORDERED THAT** Chavez's filing at Docket No. 25 will be construed as a timely-filed notice of appeal. Because this Court has already granted a partial COA, Chavez's appeal has been properly commenced and his case will be transferred to the Ninth Circuit Court of Appeals.

Dated: March 22, 2019.

/s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
Senior United States District Judge